UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JO CLARK, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-1137-SEB-TAB |
| ) | |
| HEALTH CARE EXCEL, INC., ) | |
|     Defendant. ) | |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date:    01/19/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Ryan C. Fox
HASKIN LAUTER LARUE & GIBBONS
rfox@hlllaw.com

Aarika Denise Mack
BARNES & THORNBURG LLP
aarika.mack@btlaw.com

John R. Maley
BARNES & THORNBURG
jmaley@btlaw.com